# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **VERIFIED HIRING, LLC** § | |
| § | |
| v. § | **CASE NO. 6:16cv343-JRG-JDL** |
| § | |
| **GENERAL INFORMATION** § | |
| **SERVICES, INC.** § | |

## FINAL JUDGMENT

Pursuant to the Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Verified Hiring, LLC, filed suit against Infomart, Inc. on April 14, 2016.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 1st day of July, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE